# ALBERT A. MYERS, III, P.C.

ATTORNEY AT LAW

884 Green Street, SW
Conyers, Georgia 30012
Office (770) 918-9914
Facsimile (770) 760-7680
albertamyersiii@hotmail.com

November 15, 2024

SENT VIA CERTIFIED MAIL NUMBER 9589 0710 5270 0281 0825 18
AND CONFIRMED BY FIRST CLASS MAIL

Oconee River Broadcasting, LLC, assignee of
Briarpatch Radio, Inc.
C/O Kristopher R. Kendrick, Registered Agent
259 Turner Street
Royston, Georgia 30662

RE: Your FM radio tower lease with Mount Calvary Baptist Church on Highway 44, Greensboro, Georgia

Dear Mr. Kendrick:

Enclosed is a copy of the Affidavit for Writ of Possession filed today with the Superior Court of Greene County. I have also enclosed checks for July, August, September, and October, 2024 rent because Oconee River Broadcasting, LLC, assignee of Briarpatch Radio, Inc. is a tenant holding over beyond the term of the lease as set forth in my previous correspondence to you.

Any further correspondence regarding the above stated rented premises should be directed to the undersigned.

Oconee River Broadcasting, LLC, assignee of Briarpatch Radio, Inc.
C/O Kristopher R. Kendrick, Registered Agent Letter
RE:    Your FM radio tower lease with Mount Calvary Church on Highway 44, Greensboro, Georgia
November 15, 2024
Page 2 of 2

      Be governed accordingly.

                    Sincerely Yours,

                    Albert A. Myers, III

AAM/clp

Enclosures

cc:    Mount Calvary Church (with enclosures)
        Oconee River Broadcasting, LLC, assignee of Briarpatch Radio, Inc., 1720 Epps Bridge Parkway, Suite 108-303, Athens, Georgia 30606 (with enclosures)

AFFIDAVIT FOR SUMMONS OF DISPOSSESSORY

Code §44-7-50 et. seq.

IN THE SUPERIOR COURT OF GREENE COUNTY
STATE OF GEORGIA

FILED IN OFFICE
CLERK OF SUPERIOR COURT
GREENE COUNTY, GEORGIA

**SUCV2024000279**

NOV 15, 2024 02:41 PM

Deborah D. Jackson
Deborah Jackson, Clerk
Greene County, Georgia

Mount Calvary Baptist Church
  Plaintiff's Name/Telephone Number
c/o Albert A. Myers, III, Attorney at Law (770) 918-9914
  Plaintiff's Address
884 Green St, SW, Conyers, GA 30012

Case No. _____

vs.

Oconee Communications Co. LLC assignee of Briarpatch Radio, Inc.
  Defendant's Name
5601 Lake Oconee Parkway, Greensboro, Greene County, Georgia 30642
c/o Kristopher Kendrick, Registered Agent, 259 Turner Street, Royston, Franklin County, Georgia 30662
  Defendant's Address

## AFFIDAVIT FOR SUMMONS OF DISPOSSESSORY

Personally appeared Albert A. Myers, III who upon oath says that he is attorney for the owner of said premises, and that Defendant is in possession as a tenant of premises at the above address in Greene County.

Further Tenant:

(a) fails to pay the rent which is now past due.
(b) holds the premises over and beyond the term for which they were rented or leased to them, or
(c) _____
_____, and that
(d) plaintiff is entitled to recover any and all rent that may come due until this action is finally concluded.

Plaintiff desires and has demanded possession of the premises and Defendant has failed and refused to deliver said possession. Defendant has acted in bad faith, been stubbornly litigious and caused Plaintiff unnecessary expense and delay thereby entitling the Plaintiff to an award of reasonable attorney fees.

WHEREFORE, Plaintiff DEMANDS:

(a) possession of the premises; (b) rent accruing up to the date of judgment of vacancy at the rate of $1,800.00 per month; (d) plus court costs and reasonable attorney's fees.

Sworn to and subscribed before me,
this 15th day of November, 2024

Carrie Lynn Pilgrim
NOTARY PUBLIC
Rockdale County, GEORGIA
My Commission Expires 07/16/2025

_____
Clerk/Judge/Notary Public

Albert A. Myers, III, Attorney at Law, Affiant
Georgia Bar Number 002710

## SUMMONS

TO: The Constable of the State Court or Sheriff or his Deputies of said County

GREETING:

The defendant herein is commanded and required personally or by attorney to answer orally or in writing, to the Judge or Clerk of Greene County Superior Court, Civil Division, 113 N. Main Street, #109, Greensboro, Georgia, between the hours of 8:30 am and 4:30 pm on or before the **SEVENTH** day from the date of service of the within affidavit and summons (or on the first business day thereafter **IF** the seventh day falls on Saturday, Sunday or legal Holiday). If the answer is **NOT** made, a Writ of Possession shall issue instanter and judgment shall be granted as demanded by the Plaintiff named herein. The last day to answer shall be _____, 2024.

Witness Superior Judge, _____ of said Court.

This _____ day of _____, 2024.

_____
Clerk/Judge

## WRIT OF POSSESSION

GEORGIA, GREENE COUNTY

It appearing to the Court that the Defendant <u>Oconee Communications Co. LLC assignee of Briarpatch Radio, Inc.</u> was duly served Summons of Dispossessory. The Court finds as follows: [ ] no answer was filed; [ ] this action was called for a trial and the Defendants answered but failed to appear for trial; [ ] this action was called for trial and judgment and a writ of possession was granted in favor of the Plaintiff; or [ ] the parties entered into a consent judgment and the Plaintiff demonstrated by affidavit that the Defendants defaulted on same.

**IT IS HEREBY ORDERED AND ADJUDGED**, that the Lawful Officer of said County remove said Defendants and all other occupants, instanter, together with their property found thereon from said house and premises and to immediately deliver full and quiet possession of same to the Plaintiff herein.

Dated at_____ Georgia, this _____ day of _____, 20____.

_____
Superior Court Judge

### RETURN OF CONSTABLE OR DEPUTY SHERIFF

GEORGIA, ROCKDALE COUNTY

I have this day served the Defendant <u>Oconee Communications Co. LLC assignee of Briarpatch Radio, Inc.</u> with a copy of the Affidavit and Summons.

This _____ day of _____, 20____.

_____
Deputy Sheriff          Constable

========================================================================

GEORGIA, GREENE COUNTY

I have this day served the Defendants with a copy of the foregoing Affidavit and Summons by delivering a copy of same to a person sui juris residing on the premises designated in said Affidavit, said copy containing notice to the defendant to answer on _____, 20___ at the hour and place stated in the Summons.

This _____ day of _____, 20____.

_____
Deputy Sheriff          Constable

### ANSWER OF DEFENDANT

This ____ day of _____, 20____.          _____, Defendant

# SUPERIOR COURT OF GREENE COUNTY
# STATE OF GEORGIA

CIVIL ACTION NUMBER SUCV2024000279

Mount Calvary Baptist Church

**PLAINTIFF**

VS.

Oconee Communications Co. LLC

**DEFENDANT**

## SUMMONS

TO: OCONEE COMMUNICATIONS CO. LLC

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

**Albert A Myers, III**
**Albert A. Myers PC**
**884 Green St SW**
**Conyers, Georgia 30012**

an answer to the complaint which is herewith served upon you, within 7 days after service of this summons upon you, exclusive of the day of service. If this action pertains to a Protective Order, the Answer is to be filed and served on or before the scheduled hearing date attached. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TO THE ABOVE NAMED DEFENDANT:

The Defendant(s) herein are hereby commanded and required personally or by attorney to file with **The Clerk of The Superior Court of Greene County, 113 North Main Street, Suite 109, Greensboro, Georgia 30642** within seven (7) days from the date of service of the within Affidavit and Summons, or on the first business day thereafter if the seventh (7th) day falls on a Saturday, Sunday, or a legal holiday, then and there to answer said Affidavit in writing. If the Defendant(s) fail to answer on or before the seventh (7th) day from the date of service, the Defendant(s) may reopen the default as a matter of right by making answer within seven (7) days after the date of the default notwithstanding the provision of Code Section 9-11-55 of the Official Code of Georgia Annotated. If the seventh (7th) day is a Saturday, Sunday, or a legal holiday, the answer may be made on the next day which is not a Saturday, Sunday, or a legal holiday. The last possible date on which the Defendant(s) may answer is the _____ day of _____. If an answer is not so made, a Writ of Possession shall issue against you as by law provided, pursuant to Plaintiff's Affidavit.

# SUPERIOR COURT OF GREENE COUNTY
# STATE OF GEORGIA

Witness the Honorable _____, Judge of Said Court.

This 15th day of November, 2024.

Clerk of Superior Court

_____
Deborah Jackson, Clerk
Greene County, Georgia

**Account: WDDK-FM**

$678.31

-156/531

OCONEE COMMUNICATIONS COMPANY, LLC
259 Turner St.
Royston, GA 30662-3920

Please Direct Any Questions To
877-246-7923
Payment Processing Center
P.O. Box 74618
Chicago, IL 60675-4618

WELLS FARGO BANK, NA
04382 4428975 004394 004394 0001/0001 k004382

0067268578

October 07, 2024

Pay SIX HUNDRED SEVENTY EIGHT AND 31/100 -------------------------------------- DOLLARS

TO THE ORDER OF
MY CALVARY BAPTIST CHURCH
PO BOX 1024
GREENSBORO, GA 30642-8024

04382

$ *******678.31

REMITTANCE VOID IF NOT CASHED WITHIN 90 DAYS.

AUTHORIZED SIGNATURE

⑈0067268578⑈ ⑉053101561⑊ 8018775539⑈

---

**Account: WDDK-FM**

$678.31

-156/531

OCONEE COMMUNICATIONS COMPANY, LLC
259 Turner St.
Royston, GA 30662-3920

Please Direct Any Questions To
877-246-7923
Payment Processing Center
P.O. Box 74618
Chicago, IL 60675-4618

WELLS FARGO BANK, NA
07349 3827611 007361 007361 0001/0001 k007349

0061814855

September 03, 2024

Pay SIX HUNDRED SEVENTY EIGHT AND 31/100 -------------------------------------- DOLLARS

TO THE ORDER OF
MY CALVARY BAPTIST CHURCH
PO BOX 1024
GREENSBORO, GA 30642-8024

07349

$ *******678.31

REMITTANCE VOID IF NOT CASHED WITHIN 90 DAYS.

AUTHORIZED SIGNATURE

⑈0061814855⑈ ⑉053101561⑊ 8018775539⑈

---

**Account: WDDK-FM**

$678.31

-156/531

OCONEE COMMUNICATIONS COMPANY, LLC
259 Turner St.
Royston, GA 30662-3920

Please Direct Any Questions To
877-246-7923
Payment Processing Center
P.O. Box 74618
Chicago, IL 60675-4618

WELLS FARGO BANK, NA
08460 3381123 008472 008472 0001/0001 k008460

0056713542

August 01, 2024

Pay SIX HUNDRED SEVENTY EIGHT AND 31/100 -------------------------------------- DOLLARS

TO THE ORDER OF
MY CALVARY BAPTIST CHURCH
PO BOX 1024
GREENSBORO, GA 30642-8024

08460

$ *******678.31

REMITTANCE VOID IF NOT CASHED WITHIN 90 DAYS.

AUTHORIZED SIGNATURE

⑈0056713542⑈ ⑉053101561⑊ 8018775539⑈

**Account: WDDK-FM**

OCONEE COMMUNICATIONS COMPANY, LLC
259 Turner St
Royston, GA 30662-3920

Please Direct Any Questions To
877-246-7923
Payment Processing Center
P.O. Box 74618
Chicago, IL 60675-4618

$678.31

-156/531

0051662630

07682 7748863 007694 007694 0001/0001 k007682

WELLS FARGO BANK, NA

July 01, 2024

Pay **SIX HUNDRED SEVENTY EIGHT AND 31/100**

DOLLARS

TO THE ORDER OF:
MY CALVARY BAPTIST CHURCH
PO BOX 1024
GREENSBORO, GA 30642-8024

07682

$ *******678.31

REMITTANCE VOID IF NOT CASHED WITHIN 90 DAYS.

AUTHORIZED SIGNATURE

⑆0051662630⑆ ⑈053101561⑈ 8018775539⑈